JOEL R. MEYER (SBN 247620)
  joel.meyer@btlaw.com
JOSEPH M. WAHL (SBN 281920)
  joseph.wahl@btlaw.com
BRIAN T. NGUYEN (SBN 336704)
  brian.nguyen@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Plaintiffs and Counter-
Defendants L.A. SPORTS PROPERTIES,
INC. and ROCHELLE STERLING as
trustee of THE STERLING FAMILY
TRUST

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| L.A. SPORTS PROPERTIES, INC., a California corporation, and ROCHELLE STERLING as trustee of THE STERLING FAMILY TRUST, | Case No. 2:24-cv-03664-MCS-MAA |
| Plaintiffs, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) and 41(c)** |
| v. | |
| DARREN SCHIELD, an individual, NOI SCHIELD, an individual, SCHIELD WOOD PRODUCTS, LLC, a Nevada Limited Liability Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| DARREN SCHIELD, | |
| Counterclaimant, | |
| v. | |
| L.A. SPORTS PROPERTIES, INC., a California corporation, ROCHELLE STERLING as trustee of THE STERLING FAMILY TRUST, | |
| Counter-Defendants. | |

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

47544855.3                                    1

STIPULATED DISMISSAL

On April 17, 2025, L.A. Sports Properties, Inc. ("LA Sports") and Rochelle Sterling as Trustee of the Sterling Family Trust ("Sterling Trust") (collectively, "Sterling Parties"), on the one hand, and Darren Schield, Noi Schield, and Schield Wood Products, LLC (collectively, "Schield Parties") (the "Sterling Parties" and the "Schield Parties" are collectively the "Settling Parties") filed a joint notice of settlement. (Dkt. #53). Afterwards, on April 17, 2025, the Court issued an order dismissing the Action without prejudice, and requested the Settling Parties to explain why settlement could not be concluded in 45 days. (Dkt. #54).

On May 20, 2025, the Sterling Parties requested that the Court maintain the status quo by retaining jurisdiction until October 2025, so that all required terms under section 1 of the Settlement Agreement can be met in a timely fashion. (Dkt. #55). Now, all required terms under section 1 of the Settlement Agreement have been fully satisfied and the dispute is resolved.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Settling Parties, either by themselves or through their counsel, that the entire action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c). Each party bears its own fees and costs.

///
///
///
///
///
///
///
///
///
///
///

1 | ///

2 Dated:  October 7, 2025     **BARNES & THORNBURG LLP**

By:     /s/ Joel R. Meyer

Joel R. Meyer
Joseph M. Wahl
Brian T. Nguyen
Attorneys for Plaintiffs and Counter-
Defendants L.A. SPORTS PROPERTIES,
INC. and ROCHELLE STERLING as
trustee of THE STERLING FAMILY
TRUST

Dated:  October 7, 2025     By:

DARREN SCHIELD
Defendant and Counterclaimant

By:

Dated:  October 7, 2025    

NOI SCHIELD
Defendant

Dated:  October 7, 2025     By:

SCHIELD WOOD PRODUCTS, LLC
Defendant

BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES